UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERAUCHI GOLSTON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RON GODWIN,<br><br>　　　　　Respondent. | No.  2:22-cv-0116 KJM AC P<br><br><br>ORDER |

     Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On October 20, 2022, the magistrate judge filed findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 6.  After being granted an extension of time, ECF No. 9, petitioner filed timely objections to the findings and recommendations, Obj., ECF No. 10.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis. Petitioner's objections are meritless and raise issues already addressed by the magistrate judge.

1

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed October 20, 2022 (ECF No. 6), are adopted in full;

2. Petitioner's application for writ of habeas corpus is dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts;

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of the Court is directed to close this case.

DATED: February 21, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE